U.S.C.A. № 19-50377
**Filed Under Seal**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA
Plaintiff-Appellee,

v.

JESUS RAUL SALAZAR-ESPINOZA,
Defendant-Appellant.

**APPELLANT'S MOTION TO FILE A PORTION OF THE EXCERPTS OF RECORD UNDER SEAL**

Appeal from the United States District Court
For the Central District of California, U.S.D.C.  2:17 cr 00288 AB 1
Honorable Andre Birotte, Jr., United States District Judge

> ANDREA R. ST. JULIAN
> 12707 High Bluff Dr., Ste. 200
> San Diego, California 92130
> (858) 792-6366
> astjulian@san.rr.com
> Attorney for defendant-appellant,
> Jesus Raul Salazar-Espinoza

TO THE CHIEF JUDGE, THE HONORABLE SIDNEY THOMAS, AND TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT:

Appellant, Jesus Raul Salazar-Espinoza, Defendant-Appellant, by and through his appellate counsel, respectfully requests this Court seal from public disclosure Volume 3 of the Excerpts of Record because the documents contained in that volume were sealed by the district court in the proceedings below. This motion is made under Ninth Circuit Rule 27-13 (b) and (c).

Dated: November 25, 2020

Respectfully submitted,

By: *Andrea St. Julian*
Andrea R. St. Julian
Attorney for Defendant/Appellant
Jesus Raul Salazar-Espinoza

## MEMORANDUM OF POINTS AND AUTHORITIES

The district court in this matter sealed the following documents in this matter:

- Transcript of the Sentencing hearing
- Application to File Under Seal
- Defendant's Application to Seal
- Defendant's Sentencing Position
- Government's Sentencing Position
- Plea Agreement
- Transcript of Marsden Hearing

Each of the listed documents and only these documents, are contained in Volume 3 of the Excerpts of Record. ER 122-212.

Courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597, fn. 7(1978). This Court, however, may place relevant portions of the Excerpts of the

Record under seal at the appellate level where those portions were sealed by the district court. See Ninth Circuit Rule 27-13(b).

Given that the documents contained in Volume 3 were filed under seal in the district court, Mr. Salazar-Espinoza requests that they be filed under seal in this Court.

Dated: November 25, 2020      Respectfully submitted,

By: *Andrea St. Julian*
Andrea R. St. Julian
Attorney for Defendant/Appellant
Jesus Raul Salazar-Espinoza,
Defendant-Appellant

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) U.S.C.A. No. 15-50105 ) |
| | ) U.S.D.C. No. 2:17-cr-00288 AB 1 |
| Plaintiff/Appellee, | ) Central District of California ) |
| v. | ) ) |
| | ) **CERTIFICATE OF SERVICE** |
| JESUS RAUL SALAZAR-ESPINOZA, | ) ) |
| | ) ) |
| Defendant/Appellant. | ) ) |

I hereby certify that on November 25, 2020, I served the

**APPELLANT'S MOTION TO FILE A PORTION OF THE EXCERPTS OF RECORD AND THE INSTANT MOTION UNDER SEAL UNDER SEAL**

by sending the same via e-mail addressed as follows:

Lauren Restrepo
Assistant United States Attorney
Email: Lauren.restrepo@usdoj.gov

I certify that the foregoing is true and correct. Executed onNovember 25, 2020, at San Diego, California.

/s/ *Andrea R. St. Julian*
Andrea R. St. Julian