**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-50377 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00288-AB-1<br>Central District of California,<br>Los Angeles |
| v. | |
| JESUS RAUL SALAZAR-ESPINOZA, AKA Jesus Salazar Cerbontes, AKA Antonio Hernandes Cervantes, AKA Antonio Pinosa Cervantes, AKA Hernandez Antonio Cervantes, AKA Jesus Salazar Cervantes, AKA Antonio Cervantes-Hernandez, AKA Jesus Espinosa, AKA Ramon J. Hernandez, AKA Salazar Israel Cervantes, AKA Jesus Salazar Pedro, AKA Gabriel Espinoza Salazar, AKA Gabriel P. Salazar, AKA Raul Salazar-Lopez, | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Andrea R. St. Julian, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967) (Docket Entry No. 21), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 80 (1988). After it conducts its review, the merits panel will determine whether counsel will be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83-84.

Appellant's motion to file late the opening brief (Docket Entry No. 20) is granted. Appellant's motion to file under seal the opening brief (Docket Entry No. 17-1) is granted. The Clerk shall maintain under seal the motion submitted at Docket Entry No. 17-1 and the opening brief submitted at Docket Entry No. 17-2.

Appellant's motion to file under seal Volume 3 of the excerpts of record (Docket Entry No. 18-1) is based solely on the fact that the documents were filed under seal in the district court. This is not a sufficient basis for sealing in this court. *See* 9th Cir. R. 27-13(a). A motion to seal must "explain the specific reasons for this relief and describe the potential for irreparable injury in the absence of such relief." 9th Cir. R. 27-13(e). When the motion is read in conjunction with the motion submitted at Docket Entry No. 17-1, however, it sufficiently explains the potential for irreparable injury if these documents are not sealed. The motion, therefore, is granted. The Clerk shall file publicly the motion submitted at Docket Entry No. 18-1 and Volumes 1 and 2 of the excerpts of record and shall maintain under seal Volume 3 of the excerpts of record, submitted at Docket Entry No. 18-2.

Appellant may file a pro se supplemental opening brief raising, in his own words, any issues in his case by January 21, 2021. If appellant files a pro se supplemental opening brief, appellee shall file the answering brief on or before February 22, 2021, or notify this court by letter that no answering brief will be

filed. If appellee files the answering brief, the optional reply brief will be due within 21 days after service of the answering brief.

Whether or not appellant submits the optional pro se briefs, the panel will conduct an independent review of the record of the case.

The Clerk will enter on the docket the following address for appellant Jesus Raul Salazar-Espinoza: Reg. No. 74978-112, FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 3850, Adelanto, CA 92301. The Clerk shall serve this order on appellant individually.